THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN DEWEY, Appellant.

The Court of Appeals, on appeal to it, can consider only errors alleged to have been committed by the court below, and the case must be heard upon the same record which was used before the General Term.

A reversal of a judgment, therefore, cannot be based upon matter subsequently brought into the case by stipulation, and such a stipulation will be disregarded.

. (Argued June 16, 1891; decided June 23, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made. October 23, 1890, which affirmed a judgment of the Court of Sessions of Erie county, convicting defendant of the crime of being a common gambler, and also affirmed an order of said court overruling a demurrer interposed by defendant, and an order overruling a plea of a former conviction.

The following is the *mem.* of opinion :

" The stipulation which we find in the printed case, made by the parties after the decision of the General Term, cannot be considered upon this appeal. It is no part of the record. The case must be heard here upon the same record which was before the General Term. The parties cannot agree upon a case and submit it to this court for decision. This is purely a court of review and we consider only errors alleged to have been committed by the court below. We cannot base a reversal of the judgment appealed from upon matter subsequently brought into the case by stipulation. Therefore, disregarding the stipulation, we see no reason to doubt that the judgment

of the General Term is right, and it must be affirmed upon the opinion there pronounced."

*Tracy C. Becker* for appellant.

*George T. Quinby* for respondent.

*Per Curiam mem.* for affirmance.
All concur.
Judgment affirmed. _____ _____